Nick Pacheco, Esq. (SBN 173391)
nickpacheco@nickpachecolaw.com
Hakop Keshishyan, Esq. (SBN 265848)
hakop@nickpachecolaw.com
NICK PACHECO LAW GROUP, APC
15501 San Fernando Mission Blvd., Suite 110
Mission Hills, CA 91345
Telephone: (888) 888-8641
Facsimile: (800) 210-0028
File No.: 13104

Attorneys for Plaintiff
Elida Herrera

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| **ELIDA HERRERA**, an individual, | Case No.: 4:11-CV-05840-PJH |
| Plaintiff, | [~~PROPOSED~~] **ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)** |
| vs. | |
| **SELECT PORTFOLIO SERVICING,** F/K/A FAIRBANKS CAPITAL CORP; **NATIONAL DEFAULT SERVICING CORPORATION**, an Arizona corporation; **ENCORE CREDIT CORPORATION**, a California corporation; **U.S. BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2006-6 HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2006-6; **DOES 1 through 20**, Inclusive. | Judge: Hon. Phyllis J. Hamilton  Magistrate Judge  Date Removed: December 5, 2011  Trial Date: None Set |
| Defendants. | |

///

///

///

1

[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)

THIS MATTER came before the Court to be considered. The Court accepts the request and finds that the case should be dismissed.

IT IS THEREFORE ORDERED the case be dismissed without prejudice.

All attorneys' fees and costs of court are to be borne by the party that incurred them.

Dated: 3/16/12

Honorable

