1  Nick Pacheco, Esq. (SBN 173391)
   nickpacheco@nickpachecolaw.com
2  Hakop Keshishyan, Esq. (SBN 265848)
   hakop@nickpachecolaw.com
3  NICK PACHECO LAW GROUP, APC
4  15501 San Fernando Mission Blvd., Suite 110
   Mission Hills, CA 91345
5  Telephone: (888) 888-8641
   Facsimile:  (800) 210-0028
6  File No.: 13104

7  Attorneys for Plaintiff
   Elida Herrera
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNA

11

12

13 | ELIDA HERRERA, an individual,                              ) Case No.: 4:11-CV-05840-PJH
                                                                )
14 |        Plaintiff,                                          ) [PROPOSED] ORDER FOR VOLUNTARY
                                                                ) DISMISSAL WITHOUT PREJUDICE
15 |    vs.                                                     ) PURSUANT TO FEDERAL RULE OF
                                                                ) CIVIL PROCEDURE 41(a)(1)(i)
16 | SELECT PORTFOLIO SERVICING,                                )
   | F/K/A FAIRBANKS CAPITAL CORP;                              )
17 | NATIONAL DEFAULT SERVICING                                 )
   | CORPORATION, an Arizona corporation;                       ) Judge: Hon. Phyllis J. Hamilton
18 | ENCORE CREDIT CORPORATION, a                               )        Magistrate Judge
   | California corporation; U.S. BANK, N.A., AS                )
19 | TRUSTEE, ON BEHALF OF THE HOLDERS                          ) Date Removed: December 5, 2011
   | OF THE HOME EQUITY ASSET TRUST                             )
20 | 2006-6 HOME EQUITY PASS THROUGH                            ) Trial Date: None Set
   | CERTIFICATES, SERIES 2006-6; DOES 1                        )
21 | through 20, Inclusive.                                     )
                                                                )
22 |        Defendants.                                         )
                                                                )
23                                                              )
                                                                )
24

25 ///

26 ///

27 ///

28

---

1

**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)**

1  THIS MATTER came before the Court to be considered. The Court accepts the request
2  and finds that the case should be dismissed.
3  IT IS THEREFORE ORDERED the case be dismissed without prejudice.
4  All attorneys' fees and costs of court are to be borne by the party that incurred them.

Dated: 3/16/12

Honorable